# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BALDERAS,<br><br>  Petitioner,<br><br>  v.<br><br>TAMMY L. CAMPBELL, Warden,<br><br>  Respondent. | Case No. 2:24-cv-00595-MRA-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 23). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondent's motion to dismiss (Dkt. 9) is GRANTED; and (2) Judgment be entered dismissing the Petition with prejudice as untimely.

DATED: September 29, 2024

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE