JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BALDERAS,<br><br>Petitioner,<br><br>v.<br><br>TAMMY L. CAMPBELL, Warden,<br><br>Respondent. | Case No. 2:24-cv-00595-MRA-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as untimely.

DATED: September 29, 2024

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE